# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| THE PRESERVE AT METROCENTER GP, LLC, a Tennessee limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:23-cv-00083 |
| ALLIANT TAX CREDIT FUND 34–PRESERVE AT METROCENTER, LLC, a Florida limited liability company; ALLIANT TAX CREDIT 34, LLC, a/k/a ALLIANT TAX CREDIT FUND 34, LLC, a Florida limited liability company, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

This matter is before the Court on Plaintiff The Preserve at Metrocenter GP, LLC's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) to voluntarily dismiss this action in its entirety with prejudice. Based upon Plaintiff's Notice and because no opposing party has filed an answer or motion for summary judgment in this matter, the Court ORDERS that this case be DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close the case. All outstanding costs will be issued to Plaintiff.

So Ordered on this 25th day of May 2023.

_____
The Hon. William L. Campbell, Jr.
United States District Judge

Prepared by:

**RENO & CAVANAUGH, PLLC**

*/s/ Emma B. Elliott*
Emma B. Elliott (BPR# 035994)
Jill Novak Dalrymple (BPR# 038801)
Stephen F. McKinney (*pro hac vice*)
RENO & CAVANAUGH, PLLC
424 Church Street, Suite 2910
Nashville, TN 37219
Phone:      (629) 255-0206
Facsimile:  (202) 349-2471
Email:      eelliott@renocavanaugh.com
            jdalrymple@renocavanaugh.com
            smckinney@renocavanaugh.com


*ATTORNEYS FOR THE PRESERVE AT
METROCENTER GP, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been electronically filed via the CM/ECF filing system on this the 24th day of May, 2023 and will be served by electronic mail and regular U.S. Mail to:

Alliant Tax Credit Fund 34–Preserve at Metrocenter, LLC
1205 Manatee Avenue West
Bradenton, Florida 34205

Alliant Tax Credit 34, LLC a/k/a
Alliant Tax Credit Fund 34, LLC
1205 Manatee Avenue West
Bradenton, Florida 34205

*DEFENDANTS*


PURYEAR, NEWMAN & MORTON, PLLC

Lauren W. Moss
Robert E. Lee Davies, Jr.
130 4th Avenue S.
Franklin, TN 37064
Telephone: (615) 933-2366
Email: lmoss@pnmlaw.com
rldavies@pnmlaw.com

*ATTORNEYS FOR DEFENDANTS*


                                    */s/ Emma B. Elliott, Esq.*
                                      Emma B. Elliott

                                      *ATTORNEY FOR PLAINTIFF*